

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2018

No. 04-18-00525-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6201
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The reporter's records in these companion cases were originally due on August 31, 2018. On September 12, 2018, this court sent a notification of late records to the court reporter. *See* TEX. R. APP. P. 37.3. On October 17, 2018, this court granted the court reporter's request for an extension of time to file the records until November 14, 2018. On November 16, 2018, the court reporter requested an additional extension of time to file the reporter's records until December 14, 2018. The request is GRANTED. It is therefore ORDERED that the court reporter file the reporter's records no later than December 14, 2018. FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE DISFAVORED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court